**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                                                          **DATE:** 1/25/22
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

**DOCKET #** 22-46

UNITED STATES OF AMERICA
       vs.

Sean Caddle

**APPEARANCES:**

Sean Farrell, AUSA
Lee Cortez, AUSA
Edwin Jacobs, Esq. for Defendant
Defendant present by ZOOM video conferencing
Sandra Marin, Pretrial Officer
Elizabeth Auson, Pretrial Officer

**Nature of Proceedings:**   WAIVER OF INDICTMENT & PLEA & INITIAL APPEARANCE

Defendant sworn.
Defendant consent to participate by ZOOM video conference.
Order to issue.
Waiver of indictment filed.
INFORMATION filed.
PLEA:  GUILTY TO Count One of the information.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Plea agreement to be entered.
Rule 11 filed.
Ordered sentencing set for 6/7/22 at 11:30 a.m.
Bail set at $1,000,000 unsecured with co-signer and 3rd party custodian, etc.

**Time Commenced: 4:00**
**Time Adjourned: 5:30**
**Total Time: 1:30**

                                              RoseMarie Olivieri
                                              SENIOR COURTROOM DEPUTY